IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RICHARD RICARDO SLATER,** | : |
| Petitioner, | : |
| v. | : Civil Action No. <br> : 5:07-CV-59 (HL) |
| **COLLEEN MARTIN,** | : |
| Respondent. | : |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 32), which recommends granting Respondent's Motions to Dismiss (Doc. 25, 30), and dismissing Petitioner's federal habeas corpus action. Petitioner filed no objections to the Magistrate Judge's R&R. After careful consideration and *de novo* review of the R&R, the Court accepts and adopts the findings, conclusions, and recommendation of the Magistrate Judge.

**SO ORDERED**, this the 30th day of March, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

wjc